IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WENDY A. RAMSAY** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0596 (JDB) |
| **MARY E. PETERS, Secretary,** United States Department of Transportation | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224