UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY A. RAMSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0596 (JDB) |
| ) | |
| MARY E. PETERS, Secretary, ) | |
| United States Department ) | |
| of Transportation ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ANSWER

Defendant, by and through its undersigned counsel, hereby answers plaintiff's Complaint as follows:

## FIRST DEFENSE

Defendant responds to the unnumbered and numbered paragraphs of plaintiff's complaint as follows:

## COMPLAINT

This unnumbered paragraph contains plaintiff's characterization of this action to which no answer is required.

## COMPLAINT AND REQUEST FOR JURY TRIAL

### Preliminary Statement

This unnumbered paragraph contains plaintiff's characterization of this action to which no answer is required.

### JURISDICTION AND VENUE

1. The allegations contained in paragraph 1 are conclusions of law to which no answers are required.

    2-11. Admitted.

    12-15. Denied.

    16-20. Admitted.

    21-22. Admitted.

    23. Admitted.

    24. Denied.

    25. Admitted.

    26. Denied.

    27. The allegation contained in paragraph 27 is a conclusion of law to which no answer is required.

    28. Admitted.

    29. The allegation contained in paragraph 29 is a conclusion of law to which no answer is required.

    30. Denied.

31. Admitted.

32. The allegations contained in paragraph 32 are Plaintiff's characterization of this action and conclusions of law to which no answers are required.

33. Denied.

34. The allegation contained in paragraph 34 is a conclusion of law to which no answer is required.

35-38. Denied.

39. The allegation in Paragraph 39 is a conclusion of law to which no answer is required.

40-41. Denied.

42. The allegations in Paragraph 42 are conclusions of law to which no answers are required. To the extent that the paragraph is deemed to contain allegations of fact, they are denied.

**FIRST CAUSE OF ACTION**
**RETALIATION**

In this unnumbered paragraph, defendant incorporates by reference herein its responses to paragraphs 1-42.

43-44. The allegations contained in Paragraphs 43 and 44 concern conclusions of law and plaintiff's characterization of this action to which no answers are required.

45-47. The allegations contained in Paragraphs 45-47 concern conclusions of law and plaintiff's characterization of this action to which no answers are required. To the extent that these paragraphs are deemed to contain allegations of fact, they are denied.

The unnumbered paragraph beginning with "Wherefore" contains plaintiff's prayer for relief to which no answer is necessary, but insofar as an answer is deemed necessary, defendant denies that plaintiff is entitled to the relief requested herein or to any relief whatsoever. Any relief would be limited by 42 U.S.C. Section 2000e-5(g)(2)(B).

## **JURY DEMAND**

Plaintiff's Jury Demand Request contains plaintiff's request for jury trial to which no answer is required.

Defendant hereby specifically denies all of the allegations of plaintiff's Complaint not herein before otherwise answered.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted its costs and other such relief as this Court deems appropriate.

          Respectfully submitted,

          _/s/_____
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          United States Attorney

          _/s/_____
          RUDOLPH CONTRERAS, D.C. Bar # 434122
          Assistant United States Attorney

          __/s/_____
          WYNEVA JOHNSON, DC Bar #278515
          Assistant United States Attorney
          555 4th Street, N.W., E-4106
          Washington, D.C. 20530

OF COUNSEL:
ELIZABETH H. HEAD, Esq.
Office of the Chief Counsel
Federal Aviation Administration