UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDY A. RAMSAY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARY E. PETERS, Secretary, )<br>U.S. Department of Transportation )<br>)<br>Defendant. )<br>) | Civil Action No. 08–0596 (JDB) |

**JOINT PARTIES'**
**LOCAL CIV. R. 16.3 STATEMENT**

  1. Plaintiff contends that Defendant discriminated against her by virtue of her gender and then subsequently terminated her because of her discrimination complaints. Defendant denies that plaintiff was discriminated or retaliated against for participating in protected activity when she was terminated from her position as a Quality Management System Specialist in the U.S. Department of Transportation.

  2. Defendant recommends management of this case as set forth herein. Defendant believes that this case can be decided by dispositive motion. Plaintiff disagrees.

  3. The parties do not anticipate joining any parties.

  4. Defendant does not agree to the assignment of this case to a Magistrate Judge except for settlement discussions. Plaintiff agrees to such assignment.

  5. The parties cannot determine the possibility of settlement at this time.

  6. The parties believe that it would be appropriate to send the case to alternative dispute resolution at this time.

7. The parties request a stay in the proceedings pending the results of settlement discussions.

8. The parties agree that the deadline for dispositive motions should be 45 days after the close of discovery with oppositions due 21 days after service of the dispositive motion and reply briefs due 11 days after service of opposition.

9. The parties agree to stipulate that initial disclosures will be waived.

10. The parties agree that discovery should close 120 days after the date of the scheduling conference, on December 1, 2008, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.

11. The parties agree that plaintiff's Rule 26(a)(2) report be served 60 days before the close of discovery with defendant's report to be served 30 days thereafter. All expert depositions will be taken within the discovery period.

12. The provision for class actions is inapplicable in this case.

13. The parties agree that there is no need for bifurcation.

14. The parties agree that the Court should not set the date for the pretrial conference at this time.

15. The parties agree that the Court should not schedule a firm trial date at the scheduling conference.

                Respectfully submitted,

__/s/_____     __/s/_____  
MORRIS E. FISCHER                        JEFFREY A. TAYLOR, D.C. BAR # 498610  
Air Rights Center                          United States Attorney  
4550 Montgomery Avenue  
Suite 601N  
Bethesda, MD 20814                   __/s/_____  
                                                RUDOLPH CONTRERAS, D.C. Bar # 434122  
                                                Assistant United States Attorney


                                               ___/s/_____  
                                              WYNEVA JOHNSON, D.C. Bar #278515  
                                              Assistant United States Attorney  
                                              555 4th Street, N.W., E-4106  
                                              Washington, D.C.  20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WENDY A. RAMSAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08–0596 (JDB) |
| MARY E. PETERS, Secretary, U.S. Department of Transportation | ) ) ) ) | |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

    1.  Discovery will close on _____ .

    2.  Plaintiff's 26(a)(2) report will be due on _____. Defendant's 26(a)(2) report will be due _____.

    3.  Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____.

SO ORDERED THIS _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:

| Attorney for Defendant | Attorney for Plaintiff |
| --- | --- |
| WYNEVA JOHNSON | MORRIS E. FISCHER |
| Assistant United States Attorney | Air Rights Center |
| Judiciary Center Building | 4550 Montgomery Avenue |
| 555 4th Street, N.W., E-4106 | Suite 601N |
| Washington, D.C. 20530 | Bethesda, MD 20814 |