UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDY A. RAMSAY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY E. PETERS, Secretary, U.S. Department of Transportation,<br><br>    Defendant. | Civil Action No.  08-0596 (JDB) |

## ORDER

Pursuant to the conference with the Court on July 31, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1.  This matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days.

2.  If necessary, discovery shall commence following the parties' settlement discussions and shall be completed by February 2, 2009.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

3.  Plaintiff's Rule 26(a)(2) report shall be served by December 1, 2008.  Defendant's Rule 26(a)(2) report shall be served by December 31, 2008.

4.  Dispositive motions shall be filed by not later than March 19, 2009; oppositions shall be filed by not later than April 9, 2009; and replies shall be filed by not later than April 20, 2009.

5.    A status conference shall be held on October 16, 2008, at 9:00 am.

**SO ORDERED**.

                    /s/ John D. Bates
                    JOHN D. BATES
                United States District Judge

Date:   July 31, 2008