REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 42:2003 Job Discrimination | | | |
|---|---|---|---|---|
| CASE NO:<br>08-596 | DATE REFERRED:<br>07/31/08<br><br>DISPOSITION DATE: | PURPOSE:<br>settlement discussions | JUDGE:<br>JOHN D. BATES | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>WENDY RAMSAY | DEFENDANT(S):<br>MARY E. PETERS |
|---|---|

ENTRIES:

FOR A PERIOD NOT MORE THAN SIXTY (60) DAYS